UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

SELENA KAE NIEMAN

CASE NO. C23-5966 BHS

U.S.B.C. NO. 23-41003

ORDER

THIS MATTER is before the Court on appellant Selena Kae Nieman's unopposed motion for a five day extension of time to file her opening brief in this bankruptcy appeal. Dkt. 8. The motion includes a copy of Nieman's proposed opening brief. Dkt. 8-1.

The Motion is **GRANTED**. Nieman should file a copy of her opening brief within seven days.

**IT IS SO ORDERED**.

Dated this 23rd day of January, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge